**CONSENT TO JOIN LAWSUIT AS A PARTY PLAINTIFF**

1. I hereby give my consent to be a party plaintiff in the case of <u>Nze, et al., v. Motivational Coaches of America, Inc., et al.</u>, Case Number: 8:18-cv-00835 pending in the United States District Court of the Middle District of Florida. I understand that this lawsuit is being brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. I hereby consent, agree, and opt-in to become a plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

2. I was hired as a _Motivational Coach_ for Motivational Coaches of America, Inc. ("MCUSA") in _August_ (month) of _2016_ (year) and performed work at _Andover Middle_ School in _Miami Gardens_ Florida.

3. CHOOSE ONE (circle either A or B below)

    A. I currently work for MCUSA, at _____(location) as a _____, and I have worked in this position since _____(date).

    **(B.)** I no longer work for MCUSA. My last day of work there was _March 30th_ (date) at _Andover Middle School_ (location), and my position was a _Motivational Coach_.

4. During the above period of time, I worked one or more weeks for MCUSA, but MCUSA did not pay me the applicable minimum wage.

5. Additionally, during the above period of time, I worked in excess of forty (40) hours in one or more weeks, but I was not paid overtime compensation for some or all of the hours that I worked in excess of forty (40) hours per week.

6. My name(s) while I worked for MCUSA was/were: _Roshane Morrison_.

7. I hereby authorize the filing and prosecution of the above-referenced case in my name and on my behalf by the representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this _17th_ day of _July_ (month), 2018.

Roshane Morrison  
Print or Type Name

*[signature]*  
Signature

[redacted]  
Telephone Number

[redacted]  
Street Address

[redacted]  
City, State, Zip Code

[redacted]  
Email Address