**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRUNO NZE, individually,**
**GIOVANNA SUAREZ, individually,**
**COLLEEN GIGANTE, individually,**
**and on behalf of others similarly situated,**

    Plaintiffs,

v.                                                                                    Case No.:  8:18-cv-00835-T-30AEP

**MOTIVATIONAL COACHES**
**OF AMERICA, INC.;**
**WENTWORTH HAMPSHIRE, INC;**
**JULIO AVAEL, individually;**
**PAUL RENDULIC, individually;**
**ELSA DE LIMA, individually;**
**CLAUDEL TRAJAN, individually;**
**MANNY RIERA, individually;**
**JOSIL CERDA, individually;**
**JORGE CUBERO, individually; and**
**FRANCES ALLEGRA, individually;**

    **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF FILING**

**COMES NOW** Plaintiffs, BRUNO NZE, individually; GIOVANNA SUAREZ, individually; COLLEEN GIGANTE, individually; and on behalf of others similarly situated, by and through the undersigned counsel, and hereby gives notice of the filing of the following document in the above-styled cause:

    1.    Consent to Join Lawsuit as a Party Plaintiff for Jamie Krywinski

**CERTIFICATE OF SERVICE**

**I HEBY CERTIFY** that on July 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                  **FLORIN GRAY BOUZAS OWENS, LLC**

                                  */s/ Wolfgang M. Florin*_____
                                  **WOLFGANG M. FLORIN, ESQUIRE**
                                  Florida Bar No.: 907804

Primary: wolfgang@fgbolaw.com
Secondary: daniela@fgbolaw.com
**SCOTT L. TERRY, ESQUIRE**
Florida Bar No.: 77105
Primary: scott@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Telephone No.: (727) 254-5255
Facsimile No.: (727) 483-7942

*Attorneys for Plaintiffs*