UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 18-00835-CIV-MOODY/PORCELLI

BRUNO NZE, et al.,

    Plaintiffs,

vs.

MOTIVATIONAL COACHES OF AMERICA, INC., et al.,

    Defendants.
_____/

## MEDIATOR'S REPORT

Mediation was held on Wednesday, July 25, 2018. Representative Plaintiffs and their Counsel attended. All Defendants and their Counsel attended with the exception of Elsa De Lima, Frances Allegra and Claudel Trajan. The parties continue to be actively engaged in meaningful settlement discussions through the undersigned Mediator, and therefore the mediation has not concluded. With this Court's permission, either the parties or the undersigned will update the Court on or before Wednesday, August 8, 2018.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:　(305) 416-6887

BY:　/s/ Marlene Quintana
    Marlene Quintana, Mediator
    Florida Bar No.: 88358
    marlene.quintana@gray-robinson.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

                BY:  /s/ Marlene Quintana
                      Marlene Quintana, Mediator

# 2863231 v1